IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE

CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
November 19, 2024
LAURA A. AUSTIN, CLERK
BY s/ S. MELVIN
DEPUTY CLERK

| | |
|---|---|
| **RUIXIAN HUANG,** ) | |
| ) | |
| Plaintiff, ) | **Civil Action No. 3:24-cv-00045** |
| ) | |
| v. ) | **By: Hon. Robert S. Ballou** |
| ) | **United States District Judge** |
| **ALEJANDRO MAYORKAS,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

### Memorandum Opinion

This matter is before the Court on Defendants' motion to dismiss Plaintiff Ruixian Huang's complaint. Because Huang's claims are moot, Defendants' motion is **GRANTED** and Huang's case is **DISMISSED without prejudice**.

Huang filed a pro se complaint on June 12, 2024, alleging that the I-130 Petition for Alien Relative he completed on behalf of his spouse Yun Chen was "being unreasonably held and delayed." Dkt. 1. He requested that Defendants "adjudicate [his] I-130, Petition for Alien Relative, as soon as possible." *Id.* On August 23, 2024, Defendants filed a motion to dismiss arguing that Huang's Complaint was moot because the government approved Huang's I-130 petition on August 6, 2024. Dkt. 5. Huang responded on October 14, 2024, "I agree to dismiss the case. I have already had my I-130 interview and the application was granted." Dkt. 8. The Parties agree that Huang has received the only relief sought. Therefore, his case is moot and must be dismissed. *See Friedman's, Inc. v. Dunlap*, 290 F.3d 191, 195 (4th Cir. 2012).

Entered: November 19, 2024

*Robert S. Ballou*

Robert S. Ballou
United States District Judge